```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :    NOLLE PROSEQUI

        -v.-                     :    17 Cr. 490 (NRB)

FRANKLYN STERLING and            :
XAVIER DELISER,
                                 :
        Defendants.
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/19

1. The filing of this nolle prosequi will dispose of this case with respect to FRANKLYN STERLING and XAVIER DELISER, the defendants.

2. On August 9, 2017, Indictment 17 Cr. 490 (NRB) was returned, charging FRANKLYN STERLING and XAVIER DELISER, the defendants, with murder through the use of a firearm, in violation of Title 18, United States Code, Sections 924(j) and 2.

3. The Government is no longer able to call a critical witness to testify. Accordingly, the Government cannot proceed to trial, and asks that the charge be dismissed.

4. In light of the foregoing, I recommend that an order of <u>nolle</u> <u>prosequi</u> be filed as to FRANKLYN STERLING and XAVIER DELISER, the defendants, with respect to Indictment 17 Cr. 490 (NRB).

*[signature: Gina Castellano]*

Gina Castellano
Assistant United States Attorneys
(212) 637-2224

Dated:   New York, New York
         May 20, 2019

2

1093

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendants FRANKLYN STERLING and XAVIER DELISER with respect to Indictment 17 Cr. 490 (NRB).

*[signature]*
GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

Dated: New York, New York
May 20, 2019

SO ORDERED:

*[signature]*
HONORABLE NAOMI REICE BUCHWALD
United States District Judge
Southern District of New York

Dated: New York, New York
May 20, 2019

3

1093